Allstate Insurance Company, Plaintiff-Appellee, v. Emil P. Johnson, Administrator of the Estate of Charles E. Johnson, Deceased, and Edna Johnson, Defendants-Appellants.

Gen. No. 68-25.

Third District.
December 23, 1968.

Gerard & Gerard, of Chicago, and Covey, Kehr & Covey, of Chillicothe, for appellants; McConnell, Kennedy, McConnell & Morris, and Heyl, Royster, Voelker & Allen, of Peoria, for appellee. Opinion by JUSTICE STOUDER. Not to be published in full.